IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JENNIE OLTZ,

        Plaintiff,

v.

GORDON FOOD SERVICE, INC.,

        Defendant.

Civil Action No. 1:22-cv-275

**JURY TRIAL DEMANDED**

## NOTICE OF REMOVAL

AND NOW, comes the Defendant, Gordon Food Service Inc., by and through its counsel, Dickie, McCamey & Chilcote, P.C., and removes the above-captioned lawsuit pursuant to 28 U.S.C. § 1441 *et seq*. from the Court of Common Pleas of Erie County, Pennsylvania to the United States District Court for the Western District of Pennsylvania, stating as follows:

1. Plaintiff, Jennie Oltz, initiated this action on August 29, 2022, by filing a Complaint in the Court of Common Pleas of Erie County, Pennsylvania at No. 11956-2022.

2. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are true and correct copies of Plaintiff's Complaint and all other pleadings and documents that have been filed to date in the Court of Common Pleas of Erie County, Pennsylvania at No. 11956-2022.

3. Defendant was served with Plaintiff's Complaint on September 13, 2022 by the Erie County Sheriff's Office. (*See* Exhibit "A," Sheriff's Return of Service.)

4. Per Plaintiff's Complaint, this negligence-based action arises from an accident occurring on October 7, 2020 wherein Plaintiff allegedly tripped and fell on a rug located in the doorway of Defendant's facility located at 6740 Peach Street, Erie, Pennsylvania 16509. (Exhibit "A," Plaintiff's Complaint at ¶¶ 5, 7.)

5. Per the Complaint, Plaintiff's accident-related injuries include:

    a. Fracture of the right tibia requiring surgery to repair;

    b. Pain in the right leg;

    c. Numbness in right leg;

    d. Swelling in right leg;

    e. Surgical scarring;

    f. Weakness in right leg;

    g. Total non-weight bearing;

    h. Limited range of motion in right leg;

    i. Instability in right leg; and

    j. Sleeplessness due to pain.

6. In addition, Plaintiff seeks recovery for severe pain and suffering, work loss and the loss of life's pleasures in the past, present and into the future. (Exhibit "A," Plaintiff's Complaint at ¶¶ 10-11.)

7. This is an action between parties of diverse citizenship. Specifically,

    a. Upon information and belief, at the time this action was commenced and continuing to present, Plaintiff Jennie Oltz was and is a citizen of the State of New York.

    b. At the time this action was commenced and continuing to present, Defendant Gordon Food Service Inc. was and is a Michigan corporation with its principal place of business located in Wyoming, Michigan.

8. While Plaintiff's Complaint does not request a specific monetary judgment, she alleges various damages that Defendant reasonably believes she will claim exceed $75,000.00, exclusive of interest and costs.

9. The current action pending in the Court of Common Pleas of Erie County, Pennsylvania is within the jurisdiction of the United States District Court for the Western District of Pennsylvania.

10. Given the foregoing, this action is one over which the United States District Court for the Western District of Pennsylvania has original jurisdiction pursuant to 28 U.S.C. § 1332: there exists complete diversity of citizenship between Plaintiff and Defendant, and the amount in controversy is believed to exceed the sum or value of $75,000.00, exclusive of interest and costs.

11. This action is removable from the Court of Common Pleas of Erie County, Pennsylvania pursuant to the provisions of 28 U.S.C. § 1441 *et seq.* Defendant has filed the within Notice of Removal within thirty (30) days of its receipt of Plaintiff's Complaint, which is the initial pleading setting forth Plaintiff's claims for relief upon which such action is based, and it has been less than one year after commencement of the action. 28 U.S.C. § 1446.

12. Written notice of the filing of this Notice of Removal will be promptly served upon counsel for Plaintiff after filing the same with the United States District Court for the Western District of Pennsylvania, as required by law.

13. Additionally, a true and correct copy of this Notice of Removal will be filed with the Prothonotary of the Court of Common Pleas of Erie County, Pennsylvania promptly after the filing of the same with the United States District Court for the Western District of Pennsylvania, as required by law.

14. In filing this Notice of Removal, Defendant does not waive any defense that may be available to it in this action.

WHEREFORE, Defendant, Gordon Food Service Inc., prays that this case be removed from the Court of Common Pleas of Erie County, Pennsylvania to the United States District Court for the Western District of Pennsylvania.

                                    Respectfully submitted,

                                    DICKIE, McCAMEY & CHILCOTE, P.C.

Date: <u>September 23, 2022</u>          By:  <u>/s/Scott D. Clements</u>
                                                   Scott D. Clements, Esquire
                                                   PA 78529

                                                   Lars A. Peterson, Esquire
                                                   PA 327416

                                                   Two PPG Place, Suite 400
                                                   Pittsburgh, PA  15222-5402
                                                   (412) 281-7272

                                                   Counsel for Defendant,
                                                   Gordon Food Service Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Removal** has been filed with the Clerk using the Court's CM/ECF System this 23rd day of September, 2022, and also has been served the same date by first-class U.S. Mail and electronic mail, to the following counsel of record:

>Michael J. Cooper, Esquire
>The Barnes Firm, P.C.
>451 Grider Street
>Buffalo, New York 14215
>Mike.Cooper@TheBarnesFirm.com
>***Attorney for Plaintiff***

>DICKIE, McCAMEY & CHILCOTE, P.C.

>By: /s/ Scott D. Clements
>Scott D. Clements, Esquire

>Two PPG Place, Suite 400
>Pittsburgh, PA  15222-5402
>(412) 281-7272

>Counsel for Defendant,
>Gordon Food Service Inc.