IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIE OLTZ, | Civil Action No.: 1:22-cv-00275-SPB |
| Plaintiff, | |
| v. | |
| GORDON FOOD SERVICE, INC., | |
| Defendant. | |

### ORDER OF COURT

AND NOW, this 16th day of November, 2022, upon consideration of the Stipulation of Dismissal with Prejudice filed on behalf of the Parties pursuant to FED. R. CIV. P. 41(a), it is hereby ORDERED that the Stipulation is GRANTED, and that the above-captioned matter is hereby DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs.

*Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge